ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| PUERTO RICO ASPHALT, LLC.<br><br>V.<br><br>ORGANIC FUEL, LLC; ACRECENT FINANCIAL CORPORATION; RAUL H. CACHO PÉREZ, CÓNYUGE A Y LA SOCIEDAD LEGAL DE BIENES GANACIALES COMPUESTA POR AMBOS; MIGUEL E. PÉREZ VÁZQUEZ MARÍA DE LA ROSA CARTAGENA Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS; COMPAÑIA ASEGURADORA DEF<br><br>Peticionarios | KLCE202300656 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Civil Núm.: BY2022CV04151<br><br>Sobre: Cobro de Dinero; Restitución por Fraude; Restitución pro Enriquecimiento Sin Causa; Daños Por Culpa In Contrahendo y/o Incumplimiento de Contrato; Acción Directa u Oblicua |
|---|---|---|

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Ronda Del Toro y la Jueza Díaz Rivera

**Ronda Del Toro, Juez Ponente**

## SENTENCIA

En San Juan, Puerto Rico, a 31 de julio de 2023.

Atendido el *Aviso de Desistimiento de Petición de Certiorari*, presentado por los peticionarios Acrecent Financial Corporation y Raúl H. Cacho Pérez, el 11 de julio de 2023, se declara Ha Lugar.

En consecuencia y a tenor con la Regla 83 (A) de nuestro Reglamento, 4 LPRA Ap. XXII-B, R. 83 (A), se aprueba el desistimiento y se ordena el archivo del presente recurso.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2023_____